IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:11CV180-MOC-DSC

| | |
|---|---|
| VICENTE A. PIEDI,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | ORDER |

The parties have filed a Consent Motion requesting that the deadlines set out in the Pretrial Order be modified. For good cause as shown in the Motion, the Court hereby ORDERS:

1. That the discovery deadline is extended until January 30, 2012, the mediation deadline is extended until February 15, 2012 and the deadline for dispositive motions is extended until March 1, 2012; and

2. That the trial date is scheduled for the civil term beginning on June 4, 2012.

**SO ORDERED.**   Signed: November 8, 2011

_____
David S. Cayer
United States Magistrate Judge